Marrin v. Randall.

T. L. MARRIN, APPELLEE, v. JOHN A. RANDALL, RECEIVER, APPELLANT.

R. N. HAYWARD, APPELLEE, v. JOHN A. RANDALL, RECEIVER, APPELLANT.

E. G. MARTZ, APPELLEE, v. JOHN A. RANDALL, RECEIVER, APPELLANT.

FILED NOVEMBER 13, 1915.   Nos. 18368, 18370, 18371.

APPEAL from the district court for Grant county: JAMES N. PAUL, JUDGE.   *Reversed.*

*Burkett, Wilson & Brown,* for appellant.

*D. F. Osgood, contra.*

LETTON, J.

These cases involve the same question decided in *Alden Mercantile Co. v. Randall, ante,* p. 44, and for the reasons set forth in that opinion the judgment of the district court is

REVERSED.